FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 2 4 2008
JUN 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL ANTONELLI, )
)
     Defendant/Petitioner, ) Case Nos. 05-C-1195
) and
     vs ) 01-CR-867
)
UNITED STATES OF AMERICA, ) Chief Judge Charles Kocoras
)
     Plaintiff/Respondent. )

## MOTION FOR JUDGEMENT ON ALL PENDING PLEADINGS

NOW COMES, Defendant/Petitioner, MICHAEL C. ANTONELLI, Pro Se, and respectfully moves this Honorable Court to enter judgement in his favor on all the pending pleadings. In support, he states:

1. This Court has a tremendous leak in its master cylinder.

2. Its time this Court stop playing Cheer-Leader for the Government in connection to this particlar defendant/petitioner.

3. Government was ordered to respond to all pending pleadings by June 13, 2008 in these causes. It has utterly failed to do so. The Government has forfeited its right to now respond.

4. Its time to finally let MICKEY ANTONELLI out of prison. */

5. In all fairness, this Court will enter judgement on all the pending pleadings in defendant/petitioner's favor.

WHEREFORE, Defendant/Petitioner prays for entry of judgement in his favor on all the pending pleadings.

Respectfully Submitted this 20Th day of June, 2008.

By_____
MICHAEL C. ANTONELLI, Pro Se
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 38134

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 219 S Dearborn in Chicago, Illinois 60604.
Executed this 20Th day of June, 2008.

By_____
Michael Antonelli, Affiant

(28 USC Section 1746)

*/ The USA has picked my bones clean, for seven long years now, its time they worked on somebody else's carcass.